Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number: 6:17-MJ-0065-JDP |
|---|---|
| Plaintiff, | |
| CARLOS FLORES RODRIGUEZ, | **MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |
| Defendant. | |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for May 8, 2019. On June 6, 2018, the Defendant was sentenced to 12 months of unsupervised probation with conditions including that he obey all laws, pay a $1000 fine, and complete the DMV Wet/Reckless course. Although the Defendant has not submitted proof of completion of the DMV course, the undersigned has confirmed his current license status is valid and there are no DMV requirements still outstanding. The Defendant has paid the fine in full and a recent criminal history check does not reflect any new law violations. Accordingly, the Government moves to vacate the review hearing.

Dated: May 1, 2019            /S/ Susan St. Vincent
                                               Susan St. Vincent
                                               Legal Officer
                                               Yosemite National Park

1

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for May 8, 2019 in the above referenced matter, *United States v. Rodriguez, 6:17-MJ-0065-JDP*, be vacated.

IT IS SO ORDERED.

Dated: May 6, 2019

UNITED STATES MAGISTRATE JUDGE